## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NATHANIEL KENT**                                                              **PLAINTIFF**

v.                                    **Case No. 3:10-cv-183-DPM**

**AUTOMOBILE INSURANCE
COMPANY OF HARTFORD,
CONNECTICUT, d/b/a TRAVELERS**                             **DEFENDANT**

### ORDER

This case has settled. The parties' joint motion to dismiss, *Document No.
17,* is granted. FED. R. CIV. P. 41(a)(2). Nathaniel Kent's complaint is
dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 August 2011