# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**NATHANIEL KENT**                                                      **PLAINTIFF**

**v.**                           **Case No. 3:10-cv-183-DPM**

**AUTOMOBILE INSURANCE**
**COMPANY OF HARTFORD,**
**CONNECTICUT, d/b/a TRAVELERS**                        **DEFENDANT**

## JUDGMENT

Nathaniel Kent's complaint is dismissed with prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_24 August 2011_